

CO-386-online
10/03

**FILED**

OCT 1 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Citizens for Responsibility and Ethics
in Washington

               vs          Plaintiff

Internal Revenue Service
1111 Constitution Avenue, N.W.
Washington, D.C. 20224

                  Defendant

)
)
)
)
)
)
)
)
)
)
)

CASE NUMBER  1:06CV01811

JUDGE: Royce C. Lamberth

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 10/19/2006

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for ___Citizens for Responsibility and Ethics in Washington___ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of ___Citizens for Responsibility and Ethics in Washington___ which have

any outstanding securities in the hands of the public:

   None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Signature_

___481460___
BAR IDENTIFICATION NO.

Kimberly D. Perkins
Print Name

1400 Eye Street, N.W., Suite 450
Address

Washington, D.C. 20005
City       State       Zip Code

202-408-5565
Phone Number