Kenneth Wainstein
United States Attorney
R. Scott Clarke
Trial Attorney, Tax Division
U.S. Department of Justice
Washington, D.C. 20044
(202) 307-6647

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 1:06cv01811 |
| INTERNAL REVENUE SERVICE, | ) ) | Hon. Judge Lamberth |
| Defendant. | ) ) ) | |

## STIPULATED ORDER EXTENDING TIME TO ANSWER

The parties HEREBY STIPULATED AND AGREE that the defendant shall have until December 8, 2006 to file and serve an answer or other pleading in response to the complaint.

/s/ Kimberly Perkins w/ permission by RSClarke
Kimberly Perkins
Citizens for Responsibility
and Ethics in Washington
1400 Eye St., N.W., Suite 450
Washington, D.C. 20005
Telephone: (202) 408-5565

/s/ R. Scott Clarke
R. Scott Clarke
Trial Attorney, Tax Division
U.S. Dept. of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 307-6647

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

2021587.1