IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>INTERNAL REVENUE SERVICE,  )<br><br>Defendant.  ) | Civil Action No. 1:06-01811 (RCL) |

## ORDER

In light of the parties' stipulation [3], it is hereby

ORDERED that the stipulation and agreement is APPROVED; and it is further

ORDERED that the defendant shall have until December 8, 2006, to file and serve an Answer or other pleading in response to the Complaint.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 14, 2006.