IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY <br> AND ETHICS IN WASHINGTON, <br><br> Plaintiff, <br><br> vs. <br><br> INTERNAL REVENUE SERVICE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )   Case No. 1:06cv01811 <br> ) <br> )   Hon. Judge Lamberth <br> ) <br> ) <br> ) |

## JOINT RULE 26(f) REPORT

The plaintiff, Citizens for Responsibility and Ethics in Washington (CREW) and defendant, Internal Revenue Service, pursuant to Fed. R. Civ. P. 26(f), submit the following report.

1. **26(f) Meet and Confer**

   A. <u>Identification of Counsel</u>:

| | |
|---|---|
| ANNE L WEISMANN <br> KIMBERLY D. PERKINS <br> Citizens for Responsibility <br> and Ethics in Washington <br> 1400 Eye St., N.W., Suite 450 <br> Washington, D.C. 20005 <br> Telephone: (202) 408-5565 <br> Telefax:    (202) 588-5020 | MICHAEL J. MARTINEAU <br> JOSHUA D. SMELTZER <br> Trial Attorneys, Tax Division <br> U.S. Dept. of Justice <br> P.O. Box 227 <br> Washington, D.C. 20044 <br> Telephone: (202) 307-6483 <br>                    (202) 307-0855 <br> Telefax:    (202) 514-6866 |
| Counsel for the Plaintiff | Counsel for the Defendant |

2128027.1

B.     General Nature of Case:

This is an action under the Freedom of Information Act (FOIA) where the plaintiff is seeking documents pursuant to a FOIA request submitted to the Internal Revenue Service.

C.     Date Rule 26(f) Conference held:

Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on December 21, 2006, by telephone and was attended by Michael J. Martineau and Joshua D. Smeltzer, counsel for the United States, and Kimberly Perkins, counsel for Citizens for Responsibility and Ethics in Washington (CREW).

2.     **Processing of Plaintiff's FOIA Request**

The Internal Revenue Service has released documents 00001 - 00076 as responsive to the plaintiff's FOIA request. The Internal Revenue Service is currently reviewing the remaining documents and will release all non-exempt documents once review is complete. The parties agree that the Internal Revenue Service shall have 90 days to complete review and release any non-exempt documents. If, after review is complete, issues remain in dispute regarding the FOIA request the parties will submit a briefing schedule to the Court for resolving any remaining issues.

/
/
/
/

Respectfully submitted,

| | |
|---|---|
| s/ Kimberly Perkins (authority via email) | s/ Joshua Smeltzer |
| ANNE L WEISMANN | MICHAEL J. MARTINEAU |
| KIMBERLY D. PERKINS | JOSHUA D. SMELTZER |
| Citizens for Responsibility | Trial Attorneys, Tax Division |
| and Ethics in Washington | U.S. Dept. of Justice |
| 1400 Eye St., N.W., Suite 450 | P.O. Box 227 |
| Washington, D.C. 20005 | Washington, D.C. 20044 |
| Telephone: (202) 408-5565 | Telephone: (202) 307-6483 |
| Telefax:     (202) 588-5020 | (202) 307-0855 |
| | Telefax:    (202) 514-6866 |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing JOINT RULE 26(f) REPORT with proposed order was caused to be served upon plaintiff's counsel on the 29th day of December, 2006, in accordance with the Court's ECF Procedures, and by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

>
> Anne L. Weismann
> Kimberly D. Perkins
> Citizens for Responsibility and
> Ethics in Washington
> 1400 Eye Street, N.W., Suite 450
> Washington, D.C. 20005

/s/ Joshua D. Smeltzer
_____
JOSHUA D. SMELTZER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNAL REVENUE SERVICE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No. 1:06cv01811<br>)<br>)   Hon. Judge Lamberth<br>)<br>) |

**<u>ORDER</u>**

Having considered the <u>JOINT RULE 26(f) REPORT</u> and the entire record of this proceeding, it is by the Court

ORDERED that the Internal Revenue Service has 90 days from the date of this order to complete review of documents and release all non-exempt documents to the plaintiff; and it is further

ORDERED that, if issues remain in this case after completion of review by the Internal Revenue Service, the parties shall submit a briefing schedule to the Court by _____.

SO ORDERED this ____ day of _____ 2007.

_____
UNITED STATES DISTRICT JUDGE

1415082.1