UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>INTERNAL REVENUE SERVICE,  )<br>)<br>Defendant.  )  | Civil Action No. 1:06-01811 (RCL) |

**ORDER**

Upon consideration of the parties' Joint Rule 26(f) Report, and the entire record herein, it is hereby

ORDERED that the Internal Revenue Service has ninety (90) days from the date of this Order to complete review of documents and release all non-exempt documents to the plaintiff; and it is further

ORDERED that, if issues remain in this case after completion of review by the Internal Revenue Service, the parties shall submit a briefing schedule to the Court.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on January 5, 2007.