IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>   Plaintiff,<br><br> vs.<br><br>INTERNAL REVENUE SERVICE,<br><br>   Defendant. | Case No. 1:06cv01811<br><br>Hon. Judge Lamberth |

NOTICE OF RELEASE OF DOCUMENTS TO PLAINTIFF

 PLEASE TAKE NOTICE that the defendant, the Internal Revenue Service, is releasing to the plaintiff a list of publicly available documents and mediums that may contain documents responsive to the plaintiff's Freedom Of Information Act request. The list of publicly available documents and mediums is being released to the plaintiff with the copy of this Notice being served on the plaintiff.

 DATE: January 11, 2007.

           /s/ Michael J. Martineau
          _____
          MICHAEL J. MARTINEAU
          JOSHUA D. SMELTZER
          Trial Attorneys, Tax Division
          U. S. Department of Justice
          Post Office Box 227
          Washington, DC  20044
          Telephone:  (202) 307-6483

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

2109587.1

CERTIFICATE OF SERVICE

      IT IS CERTIFIED that the foregoing Internal Revenue Service's NOTICE OF RELEASE OF DOCUMENTS TO PLAINTIFF was caused to be served upon plaintiff's counsel on the 11th day of January, 2007, in accordance with the Court's ECF Procedures, and by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

          Anne L. Weismann
          Kimberly D. Perkins
          Citizens for Responsibility and
          Ethics in Washington
          1400 Eye Street, N.W., Suite 450
          Washington, D.C. 20005

          /s/ Michael J. Martineau
          _____
          MICHAEL J. MARTINEAU