IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY<br>AND ETHICS IN WASHINGTON,<br><br>           Plaintiff,<br><br>      vs.<br><br>INTERNAL REVENUE SERVICE,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br>Case No. 1:06cv01811<br><br>Hon. Judge Lamberth |

### NOTICE OF RELEASE OF DOCUMENTS TO PLAINTIFF

PLEASE TAKE NOTICE that the defendant, the Internal Revenue Service, is releasing to the plaintiff document numbers 00158 - 00320. The documents are being released to the plaintiff with the copy of this Notice being served on the plaintiff.

DATE: January 25, 2007.

    /s/ Michael J. Martineau
_____
MICHAEL J. MARTINEAU
JOSHUA D. SMELTZER
Trial Attorneys, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044
Telephone:  (202) 307-6483

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

2109587.1

CERTIFICATE OF SERVICE

      IT IS CERTIFIED that the foregoing Internal Revenue Service's NOTICE OF RELEASE OF DOCUMENTS TO PLAINTIFF was caused to be served upon plaintiff's counsel on the 25th day of January, 2007, in accordance with the Court's ECF Procedures, and by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

      Anne L. Weismann
      Kimberly D. Perkins
      Citizens for Responsibility and
      Ethics in Washington
      1400 Eye Street, N.W., Suite 450
      Washington, D.C. 20005


/s/ Michael J. Martineau
_____
MICHAEL J. MARTINEAU

2109587.1