IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, </br></br>Plaintiff, </br></br>vs. </br></br>INTERNAL REVENUE SERVICE, </br></br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) </br> Case No. 1:06cv01811 </br></br> Hon. Judge Lamberth |

## STIPULATION OF DISMISSAL

The plaintiff, Citizens For Responsibility And Ethics In Washington, and the defendant, the Internal Revenue Service, by and through their undersigned counsel, pursuant to Fed.R.Civ.P. 41(a)(1), do hereby stipulate and agree that this action is DISMISSED, with each party to bear its own costs, including attorney's fees.

Dated this ___ day of _____ , 2007, at Washington, D.C.


_____
ROYCE C. LAMBERTH
United States District Judge

2348218.1

SEEN AND AGREED:


/s/ Kimberly D. Perkins
_____
ANNE L. WEISMANN
KIMBERLY D. PERKINS
Citizens for Responsibility and Ethics in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
Telephone: (202) 408-5565
Counsel for Plaintiff



/s/ Michael J. Martineau
_____
MICHAEL J. MARTINEAU
JOSHUA D. SMELTZER
Trial Attorneys, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044
Telephone:  (202) 307-6483
Counsel for Defendant

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing STIPULATION OF DISMISSAL was caused to be served upon plaintiff's counsel on the 23rd day of May, 2007, in accordance with the Court's ECF Procedures, and by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

> Anne L. Weismann
> Kimberly D. Perkins
> Citizens for Responsibility and
> Ethics in Washington
> 1400 Eye Street, N.W., Suite 450
> Washington, D.C. 20005

/s/ Michael J. Martineau

MICHAEL J. MARTINEAU

2348218.1