UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-01811 (RCL) |
| INTERNAL REVENUE SERVICE, | ) ) | |
| Defendant. | ) ) ) | |

## ORDER

On May 23, 2007, the parties filed a Stipulation of Dismissal [16] with the Court. Under the terms of the Stipulation, the plaintiff, Citizens for Responsibility and Ethics in Washington, and the defendant, the Internal Revenue Service, by and through their counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulated and agreed that this action should be dismissed, with each party to bear its own costs, including attorneys' fees.

In light of the parties' Stipulation of Dismissal [16], it is hereby ORDERED that the Stipulation is APPROVED, and the action shall be DISMISSED, with each party to bear its own costs, including attorneys' fees.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on June 1, 2007.